# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SONIA PAGAN, | : | CIVIL ACTION |
|     **Plaintiff** | : | |
| | : | |
| v. | : | NO. 09-00002 |
| | : | (consolidated) |
| AARON OGDEN, BARRY JOZWIAK, | : | |
| AND COUNTY OF BERKS, | : | |
|     **Defendants** | : | |

## O R D E R

**AND NOW**, this 30th day of July, 2010, upon consideration of defendants' motion for summary judgment (Doc. #40), plaintiffs' response thereto (Doc. # 43, 44, 46), and defendants' reply (Doc. # 48), IT IS HEREBY ORDERED that:

1. Defendants' motion is GRANTED in part, and DENIED in part;

2. Defendants' summary judgment motion is GRANTED as to:

    a. Ms. Cambrelen's Fourth Amendment claim;

    b. Ms. Cambrelen's Fourteenth Amendment claim;

    c. Ms. Pagan and Ms. Cambrelen's Monell claims;

    d. Ms. Pagan and Ms. Cambrelen's reckless disregard claims;

    e. Ms. Cambrelen's request for punitive damages;

    f. Ms. Pagan's negligence claim;

    g. Ms. Cambrelen's assault claim;

    h. Ms. Cambrelen's battery claim;

    i. Ms. Cambrelen's intentional infliction of emotional distress claim;

j. Ms. Pagan's wrongful death claim against former Sheriff Jozwiak and the County of Berks; and

k. Ms. Pagan's survival action claim against former Sheriff Jozwiak and the County of Berks;

3. Defendants' summary judgment motion is DENIED as to all other claims; and

4. Judgement is HEREBY entered in favor of defendants Aaron Ogden, Barry Jozwiak, and County of Berks and against plaintiff Jasmine Cambrelen.

BY THE COURT:


/s/ LAWRENCE F. STENGEL
LAWRENCE F. STENGEL, J.